USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/11

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PACIFIC EMPLOYERS INSURANCE CO.,
                              Plaintiff,

-against-

GLOBAL REINSURANCE CORP. OF AM.,
                              Defendant.
-----------------------------------------------------------X

11 CIVIL 6301 (JGK)

**JUDGMENT**

Petitioner having moved to confirm an arbitration award issued on March 7, 2011, and the matter having come before the Honorable John G. Koeltl, United States District Judge, and the Court, on December 9, 2011, having rendered its Order granting the motion to confirm the arbitration award, and directing the Clerk to enter judgment and to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 9, 2011, the motion to confirm the arbitration award is granted; accordingly, the case is closed.

**Dated:** New York, New York
          December 12, 2011

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                               **BY:**
                                                     **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____